**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ) | CV F 05-1153 AWI LJO |
| ) | |
| CENTRAL VALLEY PROCESSING, INC,) | ORDER VACATING |
| ) | HEARING DATE OF |
| ) | FEBRUARY 27, 2006 |
| **Debtor.** ) | |
| ) | |
| **MICHAEL D. McGRANAHAN,** ) | |
| **CHAPTER 7 TRUSTEE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ROBERT CHRISTIAN, et al.,** ) | |
| ) | |
| **Defendant**s ) | |

    Defendant Robert W. Christian ("Defendant") has noticed for hearing and decision a Motion For Withdrawal of Reference to the Bankruptcy Court. The matter was scheduled for oral argument to be held February 27, 2006. The Court has reviewed Defendant's motion, Plaintiff's limited opposition, Defendant's reply, and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 27, 2006, is VACATED, and no party shall appear at that time. As of February 27, 2006, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     February 22, 2006**            _____/s/ Anthony W. Ishii_____
h2ehf                                           UNITED STATES DISTRICT JUDGE