**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re:**                                                       )<br>                                                                         )<br>**CENTRAL VALLEY PROCESSING, INC,**)<br>                                                                         )<br>           **Debtor.**                                            )<br>_____)<br>                                                                         )<br>**MICHAEL D. McGRANAHAN,**                 )<br>**CHAPTER 7 TRUSTEE**                             )<br>                                                                         )<br>          Plaintiff,                                                )<br>                                                                         )<br>     v.                                                                 )<br>                                                                         )<br>**ROBERT CHRISTIAN, et al.,**                   )<br>                                                                         )<br>          **Defendant**s                                       )<br>_____) | **CV F 05-1153  AWI LJO**<br><br>**ORDER VACATING**<br>**HEARING DATE OF MAY 8,**<br>**2006** |

   Defendant Robert W. Christian ("Defendant") has noticed for hearing and decision a Motion For Reconsideration of the Court's Order Denying Motion to Withdraw the Reference to the Bankruptcy Court.  The matter was scheduled for oral argument to be held May 8, 2006. The Court has reviewed Defendant's motion, the responsive pleadings that have been submitted, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 8, 2006, is VACATED, and no party shall appear at that time.  As of May 8, 2006, the Court will

1 | take the matter under submission, and will thereafter issue its decision.

3 | IT IS SO ORDERED.

4 | **Dated:   May 2, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE